DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

JUN SHEN

Defendant(s).

Criminal No.   2:17-CR-00279-MCA-1

**SENTENCING SUBMISSION NOTICE OF DEFENDANT**

Please be advised that, on this date, defendant JUN SHEN submitted sentencing materials to the Court in this case.

Date:   October 10, 2019

By:   s/  Gary L. Cutler
_____

Gary L. Cutler